

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, NY 10007*

May 21, 2021

By ECF
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021
```

Re: *de la Cruz v. U.S. Dep't of Justice, et al.*, No. 20 Civ. 9941 (MKV) (S.D.N.Y.)

Dear Judge Vyskocil:

    This Office represents the U.S. Department of Justice, Executive Office of U.S. Attorneys and Merrick Garland[1] (together, the "Government") in the above-referenced matter. We write respectfully and with plaintiff's consent to seek an adjournment of the parties' June 2, 2021 initial pretrial conference. As discussed below, in lieu of that conference, the parties propose to submit a joint status letter by July 8, 2021, updating the Court as to the status of this matter.

    The above-referenced action is brought by Sergio de la Cruz pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Mr. de la Cruz seeks records from the Government's case files for *United States v. Grishaj*, No. 07 Mj. 1363 (S.D.N.Y.), and *United States v. Grishaj*, No. 07 Cr. 1158 (S.D.N.Y.) that mention or refer to Mr. de la Cruz. The Government disclosed records responsive to plaintiff's FOIA request today, May 21, 2021, and the plaintiff is currently reviewing those records. The parties respectfully request an adjournment of the upcoming initial pretrial conference to allow additional time to determine whether further litigation is necessary, and if so, what steps should be taken in anticipation of such litigation.

    Because this action is brought pursuant to the FOIA, ordinary principles of discovery are inapplicable. If disputes arise as to the propriety of withholdings or redactions made by the Government, they will be resolved on cross-motions for summary judgment. *See Carney v. DOJ*, 19 F.3d 807, 812 (2d Cir. 1994). Therefore, the parties agree that there may be no need for a case management plan governing discovery or for an initial pretrial conference in this case. Accordingly, the parties propose to submit a joint status letter by July 8, 2021, updating the Court as to the status of this matter and informing the Court whether further litigation is necessary.

    We thank the Court for its consideration of this request.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Monty Wilkinson is automatically substituted for former Attorney General Merrick Garland.

Respectfully,

AUDREY STRAUSS
United States Attorney

By: */s/ Zachary Bannon*
ZACHARY BANNON
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2728

---

**GRANTED. The Parties should file a joint status letter on or before July 8, 2021. The conference previously scheduled for July 2, 2021 is adjourned. SO ORDERED.**

Date: 5/25/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge